**JOY STEPHENSON-LAWS (S.B.# 113755)**
**RICHARD A. LOVICH (S.B.# 113472)**
**DAVID F. MASTAN (S.B.# 152109)**
**BARBARA V LAM, ESQ. (S.B.# 231073)**
**LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.**
303 N. Glenoaks Blvd, Suite 700
Burbank, CA 91502
Telephone: (818) 559-4477
Fax: (848) 559-5484

Attorneys for Plaintiff,
Enloe Medical Center

**BRYAN S. WESTERFELD (S.B.# 218253)**
bwesterfeld@walravenlaw.com
**JESSICA B. HARDY (S.B.# 246377)**
jbh@walravenlaw.com
**TIANYAO (CALVIN) ZHOU #302848**
cxz@walravenlaw.com
**WALRAVEN & WESTERFELD LLP**
20 Enterprise, Suite 310
Aliso Viejo, California 92656
Telephone: (949) 215-1990
Fax: (949) 215-1999

Attorneys for Defendant
HealthSCOPE Benefits, Inc

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENLOE MEDICAL CENTER, a California non-profit public benefit corporation,<br><br>   Plaintiff,<br><br> v.<br><br>HEALTHSCOPE BENEFITS, INC., a Delaware for-profit corporation; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>   Defendants. | Case No. 2:21-cv-01277-TLN-DMC<br><br>**STIPULATION AND ORDER TO CONTINUE PRETRIAL DEADLINES** |

**WHEREAS** on July 22, 2021, the Court issued its Initial Pretrial Scheduling Order, setting a deadline of March 17, 2022, for the parties to complete discovery; May 16, 2022, for Expert Designation; June 15, 2022, for Rebuttal Expert Designation; July 15, 2022, the last day to file Joint Notice of Trial Readiness; and September 13, 2022, the last day to file any dispositive motions.

**WHEREAS** Plaintiff Enloe Medical Center ("Plaintiff") and Defendant HealthSCOPE Benefits, Inc. ("Defendant") have scheduled a private mediation for August 31, 2022, the earliest date on which the parties and the mediator are available;

**WHEREAS** the parties are actively engaged in discovery and require additional time to complete discovery ahead of the scheduled mediation;

**WHEREAS** the attorney for Plaintiff primarily responsible for handling this matter recently left Plaintiff's counsel's firm requiring transition of the case to a new attorney;

**WHEREAS** the parties agree that an extension of the discovery cut-off, expert witness and motion cut-off deadlines would avoid needless expenditures and facilitate an early resolution to this case;

**WHEREAS** no trial date has been set for this case, and no party will be prejudiced by extending the pre-trial deadlines.

**NOW, THEREFORE**, Plaintiff and Defendant stipulate to extend the discovery cut-off, expert witness designation, rebuttal expert witness designation, joint notice of trial readiness, and motion cut-off deadlines as follows:

///

///

///

| Deadline | Current Date | New Date |
|---|---|---|
| Discovery Cut-Off | March 17, 2022 | August 18, 2022 |
| Expert Designation | May 16, 2022 | October 17, 2022 |
| Rebuttal Expert Designation | June 15, 2022 | November 14, 2022 |
| Joint Notice of Trial Readiness | July 15, 2022 | December 16, 2022 |
| Last day to file dispositive motions | September 13, 2022 | February 14, 2023 |

**IT IS SO STIPULATED.**

Dated: June 1, 2022  **LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.**

By:  /s/ Barbara V. Lam
    **Barbara V Lam**
    Attorneys for Plaintiff
    Enloe Medical Center

Dated: June 1, 2022  **WALRAVEN & WESTERFELD LLP**

By:  /s/ Bryan S. Westerfeld
    **Bryan S. Westerfeld**
    Attorneys for Defendant
    HealthSCOPE Benefits, Inc.

# **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO FOUND AND ORDERED.

Dated: June 1, 2022

_____
Troy L. Nunley
United States District Judge